IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND D. NEWSOME, #1291626,     Plaintiff, | § § § § | |
| v. | § § | 3:09-CV-1097-K |
| BEVERLY J. WILSON, et al.,     Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **DENIES** as moot Plaintiff's motion to set the case for trial.

Plaintiff's motions for the appointment of counsel are also **DENIED**. A plaintiff in a civil rights action is not entitled to court appointed counsel as a matter of law. *See Castro Romero v. Becken*, 256 F.3d 349, 353 -354 (5th Cir. 2001); *Akasike v. Fitzpatrick*, 26 F.3d 510, 512 (5th Cir. 1994); *Ulmer v. Chancellor*, 691 F.2d 209, 212 (5th Cir. 1982).

For the reasons stated in the findings, conclusions and recommendation, this case

does not present exceptional circumstances warranting the appointment of counsel. *Ulmer*, 691 F.2d at 212.

SO ORDERED this 20th day of November, 2009.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE